UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

LAMIN SAHO

               Defendant.

CASE NO. **24-CR-186-4-JHC**

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged conspiracy to distribute controlled substances. The government proffered Defendant is involved in large drug trafficking organization. Although Defendant has multiple family members who live in the area, he has continued to engage in serious felony conduct despite their presence and support. Defendant was contacted by law enforcement months before his recent arrest. This contact did not stop Defendant from continuing to engage in criminal conduct. Rather, he persisted in the charged offense conduct until the date of his arrest. The Court finds Defendant has failed to overcome the presumption that he is a danger to the community and should be detained.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge