The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1. ALI KUYATEH,<br>2. MUHAMED CEESAY,<br>3. COOPER SHERMAN,<br>4. LAMIN SAHO,<br>5. OCHE POSTON,<br>6. ALVIN WHITESIDE,<br>7. JAQUAN MEANS,<br>8. DOMINIQUE SANDERS,<br>9. PATRICK SMITH,<br>10. MATTHEW ROBINSON, and<br>11. YOHANNES WONDIMAGEGNEHU,<br><br>    Defendants. | NO. CR24-186-JHC<br><br>**NOTICE OF RELATED CASE** |

The United States hereby advises the Court, pursuant to Local Criminal Rule (CrR) 13(b), that this case is related to another case filed in this District, *United States v. Khaliil Ahmed*, CR24-187-RAJ.

Notice of Related Case - 1
*United States v. Kuyateh et al.,* CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  CrR 13(b) encourages counsel "to file a notice of related case in order to bring such cases to the Court's attention." The Court may elect to reassign later-filed related cases pursuant to CrR(a), which provides:

> **Common Questions**. When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge. Such may be assigned to the judge to whom the case bearing the earliest filing number was assigned, at his or her option.

Here, these related cases both arise from the same wiretap investigation targeting a local drug trafficking organization that operated in the University District of Seattle and distributed narcotics throughout the greater Seattle area and Everett. As such, these cases rely on essentially the same body of evidentiary material and underlying pieces of legal process. These cases are, therefore, likely present common questions of law and fact, and their assignment to the same Judge may serve judicial economy.

DATED this _____ day of November, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michelle Jensen*
MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970
michelle.jensen@usdoj.gov

Notice of Related Case - 2
*United States v. Kuyateh et al.,* CR24-186-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970